Benjamin F. Trimble et al., appellees, v. Spurgeon Marney et al., appellants. Gen. No. 7,858.

Probate of will. Probate denied. Appeal from the Circuit Court of Adams county; the Hon. Fred G. Wolfe, Judge, presiding. Heard in this court at the April term, 1925. Reversed. Opinion filed July 1, 1926. Rehearing denied October 28, 1926.

Roy D. Johnson and Marks Alexander, for appellants. Wilson & Schmiedeskamp, for appellees.

Mr. Justice Shurtleff delivered the opinion of the court.

---

W. H. Rohrer, complainant, and George L. Kimber, receiver, appellants, v. Fred E. Deatherage et al., respondents. E. B. Coe, appellee. Gen. No. 7,917.

Mortgage foreclosure. Decree for respondents. Appeal from the Circuit Court of Morgan county; the Hon. Frank W. Burton, Judge, presiding. Heard in this court at the October term, 1925. Reversed and remanded. Opinion filed July 1, 1926. Rehearing denied October 28, 1926.

John J. Reeve and William T. Wilson, for appellants. Carl E. Robinson and Bellatti, Bellatti & Moriarty, for appellee.

Mr. Justice Shurtleff delivered the opinion of the court.

---

W. E. Hilton, plaintiff in error, v. Henry A. Wright, defendant in error. Gen. No. 7,956.

Action upon promissory note. Judgment for defendant. Error to the Circuit Court of Morgan county; the Hon. Frank W. Burton, Judge, presiding. Heard in this court at the April term, 1926. Affirmed. Opinion filed July 1, 1926.

William E. Thomson, for plaintiff in error. William N. Hairgrove, for defendant in error.

Mr. Justice Shurtleff delivered the opinion of the court.

---

Minnie Johnson, appellee, v. J. W. Blakesmith, appellant. Gen. No. 7,975.

Action for value of care, board and nurture of defendant's minor child. Judgment for plaintiff. Appeal from the City Court of Canton; the Hon. Fred H. Snyder, Judge, presiding. Heard in this court at the April term, 1926. Affirmed. Opinion filed July 1, 1926.

Taff & Putman, for appellant. Jos. R. Martin, for appellee.

Mr. Justice Shurtleff delivered the opinion of the court.

---

Faber-Musser Company, appellant, v. William E. Dee Company, appellee. Gen. No. 7,981.

Action for breach of contract. Judgment for defendant. Appeal from the Circuit Court of Sangamon county; the Hon. E. S. Smith, Judge, presiding. Heard in this court at the April term, 1926. Affirmed. Opinion filed July 1, 1926.

Barnett, Wilson & Tichenor and Robert H. Patton, for appellant. William L. Patton and John M. Quinlan, for appellee.

Mr. Justice Shurtleff delivered the opinion of the court.